IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAMONA JABLON, | ) | Case No. 22-cv-03724 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TARGET CORPORATION, a Foreign | ) | (formerly Circuit Court of |
| Corporation, | ) | Cook County, Illinois) |
| Defendants. | ) | Case No.: 2021L008248 |

**NOTICE OF REMOVAL**

TARGET CORPORATION, a foreign corporation, the Defendant in the above-entitled cause, hereby removes Case No. 2021L008248 from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§1332, 1441 and 1446, and as grounds for its removal states as follows:

**STATEMENT OF THE CASE**

1. This action was commenced against Target Corporation, as the sole Defendant, in the Circuit Court of Cook County, Illinois, on May 23, 2019. The Complaint was served upon Target Corporation on August 26, 2021.

2. At the time the action was commenced and since then, the Plaintiff was and is a citizen of the State of Illinois and the Defendant was and is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business in Minneapolis, Minnesota.

3. This is a civil action in which the United States District Courts have original jurisdiction under 28 U.S.C. §1332.

4. Plaintiff's Complaint at Law demands judgment "…in a sum in excess of $50,000.00." Plaintiff's Complaint details that she has suffered "severe, irreversible, and

permanent injuries; has experienced and will experience future pain and suffering; and has incurred and will in the future incur obligations for substantial sums of money for hospital, medical, nursing and/or medical care." A copy of Plaintiff's Complaint is attached hereto as Exhibit A.

5. The Seventh Circuit has held that when a plaintiff does not limit the relief to an amount less than the jurisdictional minimum, the defendant is entitled to present a good faith estimate of the stakes. *Back Doctors Ltd v. Metro. Prop. & Cas. Ins. Co.*, 637 F.3d 827, 830 (7th Cir. 2011).

6. Here, Plaintiff, in her answers to interrogatories received on April 14, 2022, stated that she had actual damages in the amount of $21,330.00 from Lutheran General Hospital and Glenview Terrace Nursing Center purportedly in the amount of $92,197.13 and provided bills. Defendant reviewed the bills provided and found they totaled only $55,090.57, much less than what was claimed and less than the jurisdictional amount to remove to federal court.

7. Based on this lack of supporting documentation, Defendant subpoenaed the medical records and bills of Plaintiff. Defendant received records and bills from Glenview Terrace on July 1, 2022 and those bills totaled $ $46, 817.94. The total bills that Defendant has now received to date total $101,908.51. Defendant sought to obtain additional documents from plaintiff's counsel, to which request plaintiff's counsel indicated he would have "…to double check my math."

8. Defendant has now received sufficient plausible evidence to determine there is a reasonable probability that the amount in controversy exceeds the jurisdictional amount. *Back Doctors Ltd,* 637 F.3d at 830, *supra*.

**ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED**

9. Pursuant to 28 U.S.C. §1446(a), a true and correct copy of all the process, pleadings, orders and documents from the state court action, which have been served upon Target Corporation, are being filed with this Notice of Removal (Exhibit A).

10. This case was not removable based on the initial pleading, but pursuant to 28 U.S.C. §1446(b), a notice of removal may be filed within thirty (30) days after receipt by the Defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

11. Venue is proper in this Court pursuant to 28 U.S.C. §1441(a) and 1446(a) because the United States District Court for the Northern District of Illinois, Eastern Division is the federal judicial district embracing the Circuit Court of Cook County, Illinois, where the state court action was originally filed.

**CONCLUSION**

By this Notice of Removal, Target Corporation does not waive any objections it may have as to service, jurisdiction or venue, or any other defense or objection it may have to this action. Target Corporation intends no admission of fact, law or liability by this Notice and expressly reserves all defenses and motions.

Respectfully submitted,

TARGET CORPORATION

By: /s/ *Eileen M. Letts*
One of Its Attorneys

Eileen M. Letts (61232)
eletts@zuberlawler.com
ZUBER LAWLER LLP
*Attorneys for Defendant*
111 West Jackson, Suite 1700
Chicago, Illinois 60604
(312) 346-1100