\* 5 0 0 9 9 0 0 6 \*
FILED
8/17/2021 10:26 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
14459378

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

RAMONA JABLON, )
)
Plaintiff, )
)
v. ) Case No. 2021L008248
)
TARGET CORPORATION, D/B/A TARGET, )
a Foreign Corporation, Individually )
)
Defendant. )

**COMPLAINT AT LAW**
**COUNT I**
**(JABLON v. TARGET)**
(Negligence)

NOW COMES the Plaintiff, RAMONA JABLON, (hereinafter referred to as "JABLON") by and through her attorneys, BASHFORD LAW GROUP, PC, and complaining of the Defendant, TARGET CORPORATION, D/B/A TARGET, a Foreign Corporation, Individually (hereinafter referred to as "TARGET"); and in support thereof states as follows:

1. On August 24, 2019, and at all times relevant, Defendant, TARGET, owned, operated, managed, maintained, controlled, and supervised a retail store/grocery called TARGET, located at 239 Golf Mill Center, Niles, IL 60714 located in Golf Mill Shopping Center in Cook County, Illinois and conducted substantial business in the County of Cook, State of Illinois.

2. On August 24, 2019, and at all times relevant, TARGET, was and remains a Foreign Corporation in good standing, organized, operating, and doing business in the State of Illinois, including but not limited to Cook County and under the laws of the State of Illinois.

3. On August 24, 2019, JABLON was lawfully on the premises of TARGET located at 239 Golf Mill Center, Niles, IL 60714 located in Golf Mill Shopping Center located in Cook County and State of Illinois.

4. On August 24, 2019, Plaintiff, JABLON, was in the TARGET located at 239 Golf Mill Center, Niles, IL 60714 located in Golf Mill Shopping Center located in Cook County and State of Illinois to buy goods in Defendant's store.

5. On August 24, 2019, Plaintiff, JABLON, was caused to trip and fall due to a package of bottled water that was left on the ground unattended by the checkout counters and in the passageway used by customers at the Target Store located at 239 Golf Mill Center, Niles, IL 60714 located in Cook County and State of Illinois.

6. That on August 24, 2019, and at all times prior, Defendant, TARGET, by and through its agents, apparent agents, servants, and/or employees, had notice, either actual or constructive, that said package of bottled water was displayed and left unattended on the floor in the walkway for the customers which constituted an unreasonably dangerous condition for persons using said premises.

7. That on August 24, 2019, the bottled water package display caused a negligently dangerous condition which was located in the store with no warning of its presence and without proper signage.

8. That on August 24, 2019, and at all times prior, Defendant, TARGET, by and through its agents, apparent agents, servants, and/or employees knew, or in the exercise of ordinary or reasonable care, should have known, that the package of bottled water on the floor in and near the pathway for the customers constituted an unreasonably dangerous condition to its patrons.

9. That on August 24, 2019, the Defendant, TARGET, by and through its agents, apparent agents, servants, and/or employees, had a duty to exercise ordinary care and caution to maintain the premises of TARGET in a condition sufficient for the safety of its patrons.

10. That on August 24, 2019, the Defendant, TARGET, by and through its agents, apparent agents, servants, and/or employees, had a duty to exercise ordinary care

and caution to maintain the TARGET premises in a manner which did not pose an unreasonable risk of danger to its patrons.

11.  That on August 24, 2019, and all at times relevant, Defendant, TARGET, by and through its agents, apparent agents, servants, and/or employees, breached its duty of care in committing one or more of the following negligent acts and/or omissions:

a) Improperly operated, managed, maintained and controlled the aforesaid premises so that as direct and proximate result thereof, JABLON was injured;

b) Failed to make a reasonable inspection of the aforesaid premises when the Defendant knew, or should have known, that said inspection was necessary to prevent injury to the Plaintiff;

c) Failed to warn the Plaintiff of the dangerous condition, when the Defendant knew, or in the exercise of ordinary care should have known that said warning was necessary to prevent injury to the Plaintiff;

d) Failed to sufficiently and properly place or remove the package of bottled water from its location in the store, when the Defendant knew or in the exercise of ordinary care should have known that said package of bottled water created an unreasonably dangerous condition for the Plaintiff and others;

e) Allowed the aforesaid premise to remain in an unreasonably dangerous condition, when they knew or in the exercise of ordinary care should have known that the package of bottled water created an unreasonably dangerous condition for the Plaintiff and others;

f) Negligently failed to properly place signs to illuminate the dangerous condition so that patrons could see it;

g) Was negligent in failing to properly inspect the floors and walkway by the checkout counters in the interior of the store;

h) Allowed the package of bottled water to remain on the floor for an unreasonable amount of time;

i) Failed to properly inspect the floor area;

j) Failed to properly train its employees to maintain the floor area; and

3

FILED DATE: 8/17/2021 10:26 AM  2021L008248

    k)    Was negligent in failing to hire a company to properly maintain their premises.

12.    As a proximate result of one or more of the foregoing negligent acts and/or omissions of Defendant, TARGET, Plaintiff, JABLON, suffered severe, irreversible, and permanent injuries; has experienced and will experience future pain and suffering; has been permanently scarred and disabled; has incurred and will in the future incur obligations for substantial sums of money for hospital, medical, nursing and/or medical care.

WHEREFORE, Plaintiff, RAMONA JABLON, individually, demands judgment against Defendant, TARGET CORPORATION, D/B/A TARGET, a Foreign Corporation, Individually in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus the cost of this action.

                                        Respectfully submitted,
                                        BASHFORD LAW GROUP, PC

BY:   _____
            Rodney C. Bashford, Attorney for Plaintiff

Firm I.D. No. 40795
BASHFORD LAW GROUP, PC
1701 EAST LAKE AVENUE
SUITE 474
GLENVIEW, ILLINOIS 60025
Phone (847) 486-0222
Fax (847) 486-0555

FILED
8/17/2021 10:26 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
FILED DATE: 8/17/2021 10:26 AM 2021L008248

STATE OF ILLINOIS  )
                           ) SS.
COUNTY OF COOK  )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

RAMONA JABLON,  )
                                    )
      Plaintiff,  )
                                      )
    v.  )    Case No. 2021L008248
                                      )
TARGET CORPORATION, D/B/A TARGET,  )
a Foreign Corporation, Individually  )
                                      )
      Defendant.  )

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)

Pursuant to Supreme Court Rule 222(B), counsel for the above-named Plaintiff certifies that Plaintiff seeks money damages in excess of $50,000.00.

                                                          /s/ R. Bashford
                                                          Rodney C. Bashford
                                                          Attorney for Plaintiff

Firm I.D. No. 40795
BASHFORD LAW GROUP, PC
1701 EAST LAKE AVENUE
SUITE 474
GLENVIEW, ILLINOIS 60025
Phone (847) 486-0222
Fax (847) 486-0555